[No. 54439-0-1.  Division One.  November 21, 2005.]

*In the Matter of the Parentage of* T.M.N.M.
GEOFFREY K. STEPHENSON, *Petitioner*, v.
SHERRY MANIS, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 03-3-00894-3, Joan E. DuBuque, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Appelwick, A.C.J., and Coleman, J.

[No. 31328-6-II.  Division Two.  November 22, 2005.]

WILLARD McMICKLE ET AL., *Appellants*, v. JOHN LAWSON ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 00-2-04256-0, Edwin L. Poyfair, J., entered January 23, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Armstrong and Hunt, JJ.

[No. 31654-4-II.  Division Two.  November 22, 2005.]

ANTHONY DEARINGER, *Appellant*, v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-14408-7, Vicki L. Hogan, J., entered April 15, 2004. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Armstrong and Hunt, JJ.

[No. 32018-5-II.  Division Two.  November 22, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. BILLY DUANE FOWLER, *Appellant.*

Appeal from a judgment of the Superior Court for Clark County, No. 04-1-00230-3, Roger A. Bennett, J., entered July 16, 2004. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Bridgewater and Penoyar, JJ.